IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-2022-REB-KLM

AUDRENE BROWN

      Plaintiff(s),

v.

APPLIED TECHNOLOGIES, INC.,

WALDO R. DAGLE and

HERBERT A. ZIMMERMAN,

      Defendant(s).

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Audrene Brown, by her attorneys, Johanna L. Brammer-Hoelter of Jody Brammer-Hoelter, LLC and Andrew H. Turner of Buescher, Goldhammer, Kelman & Perera, P.C. and Defendants, Applied Technologies, Inc., Waldo R. Dagle and Herbert A. Zimmerman, by their attorney, Carmen S. Danielson of Dietze and Davis, P.C., stipulate and agree as follows:

1. That a compromise settlement has been reached in the within action as to all named Defendants.

2. That under the terms of said settlement, the within action will be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1) as to all parties, with each party to bear its own costs and attorney's fees.

Respectfully submitted this 14th day of March, 2016.

| | |
|---|---|
| JODY BRAMMER-HOELTER, LLC | DIETZE AND DAVIS, P.C. |
| By: *s/ Johanna L. Brammer-Hoelter*<br>Johanna L. Brammer-Hoelter<br>357 S. McCaslin Blvd. #200<br>Louisville, CO 80027<br>Telephone: (303) 666-6727<br>Email: jody@hoelterlaw.com | By: *s/ Carmen S. Danielson*<br>Carmen S. Danielson<br>2060 Broadway #400<br>Boulder, CO 80302<br>Telephone: (303) 447-1375<br>Email:CSDanielson@dietzedavis.com |

BUESCHER, KELMAN,
PERERA & TURNER, P.C.

By: *s/ Andrew H. Turner*
Andrew H. Turner
600 Grant St., Suite 450
Denver, CO 80203
Telephone: (303) 333-7751
Email: aturner@laborlawdenver.com