# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  15-cv-02022-REB-KLM

AUDRENE BROWN,

    Plaintiff,

v.

APPLIED TECHNOLOGIES, INC.,
WALDO R. DAGLE, and
HERBERT A. ZIMMERMAN,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' **Stipulation of Dismissal with Prejudice** [#28][1] filed March 14, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated; and

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated April 13, 2016, at Denver, Colorado.

                                               **BY THE COURT:**

                                               Robert E. Blackburn
                                               United States District Judge